*RECP #151018  CK #105*

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-20206 - COUSINO, SHARON MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK AS ShopatHome PO Box 248872 Oklahoma City, OK 73124-8872 | 000002 | 340.97 | 4.22 |
| ---------- Remittance Total --------------- | | 340.97 | 4.22 |

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 SEP 27 AM 11: 34  U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND